AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JUN 27 PM 3: 42

CLERK

BY_____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
the use of Cell-Site Simulator to locate the Cellular ) Case No.
Device assigned call number (518) 360-7510 and ) 2:18-mj-91-1
location information, with service by Verizon Wireless )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ___Vermont and elsewhere___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B and Attachment C.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of Cocaine or Cocaine Base |
| 21 U.S.C. § 846 | Conspiracy to Distribute Cocaine or Cocaine Base |

The application is based on these facts:
See Affidavit, incorporated herein.

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

SA Donald Chu, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date:   06/27/2018

_____
Judge's signature

City and state: Burlington, VT

Hon. John M. Conroy, U.S. Magistrate Judge
Printed name and title