## ATTACHMENT A
Property to be Searched

A single story residence located at 19 Robinson Avenue, Bennington, Vermont, and the out-buildings and land associated with that structure. The residence is the structure depicted in the below two photographs:

